Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 0 hours 10 minutes
DATE: 11/29/2018   START TIME: 09:38 AM   END TIME: 09:48 AM
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:14-cv-01429-VLB

Cole Williams, et al.

vs

General Nutrition Centers, Inc. et al.

R. Hayber, J. Goodbaum, & S. Fitzgerald
Plaintiff's Counsel

R. Pritchard
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing
☐ Evidentiary Hearing
☑ Fairness Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

☑ ….# 84   Motion for Final Approval of Class Action Settlement   ☐ granted ☐ denied ☐ advisement

Notes: No class members appeared. The Court approves the settlement agreement proposed by the parties.